IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEPHANIE OWEN HAGINS,

      Appellant,

 v.

Case No.  5D21-2822
LT Case No. 2016-DR-002958-FC

JOHN A. HAGINS, III,

      Appellee.

_____/

Decision filed December 6, 2022

Appeal from the Circuit Court
for Marion County,
Jennifer Bass, Judge.

Marynelle  Hardee, of Salter Feiber,
P.A., Gainesville, for Appellant.

Rebecca A. Guthrie and Mark D.
Shelnutt, of The Law Offices of Mark
D. Shelnutt & Rebecca A. Guthrie,
P.A., Ocala, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EISNAUGLE and HARRIS, JJ., concur.